# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Juan Pablo Miranda (2)<br><br>　　　　　　　　　Defendant. | CASE NO. 12-cr-04225-DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in case ÁFG´ãHIÎHĔŒRU against the defendant á^ăÃthe Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　21:841 (a) (1) and 18:2 - Possession of Methamphetamine with Intent to

　　　Distribute and Aiding and Abetting (Felony)(1)

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/13/12

　　　　　　　　　　　　　　　_Barbara L Major_

　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　U.S. Magistrate Judge